F. #1998R01996

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CRIMINAL CASE
INFORMATION SHEET

1. Title of Case: U.S. v. JOHN DOE

   **CR 98 1101**

2. Related Magistrate Docket Number(s): N/A

   None (X)

   **GLASSER, J.**

3. Arrest Date: N/A

4. Nature of Offense(s):   ✓ Felony
                             ___ Misdemeanor

   **CHREIN**

5. Related Cases--Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules).

   U.S. v. JOHN DOE 98 cr 1069(ILG)

6. Projected Length of Trial:   Less than 6 weeks (X)
                                 More than 6 weeks ( )

7. County in which cause of action arose: __KINGS__
   (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8. Has this indictment/information been ordered sealed? ( )Yes (✓)No

9. Have arrest warrants been ordered? ( )Yes   (✓)No

                                          UNITED STATES ATTORNEY

                                    By:   _____
                                          Jonathan Sack
                                          Assistant U.S. Attorney
                                          (718) 254-6238