MYLES H. MALMAN
ADMITTED
IN FLORIDA, NEW YORK, PENNSYLVANIA
myles@malman.com

JILL A. MALMAN
ADMITTED IN
FLORIDA, CALIFORNIA
jill@malman.com

JONATHAN H. ROSENTHAL
MANAGING NEW JERSEY ATTORNEY
ADMITTED
FLORIDA, NEW JERSEY
jon@malman.com

COUNSELLORS AT LAW
YANKEE CLIPPER CENTER
3230 STIRLING ROAD
SUITE 1
HOLLYWOOD, FLORIDA 33021
TELEPHONE (954) 322-0066
FAX (954) 322-0064

125 WORTH AVENUE
SUITE 206
PALM BEACH, FLORIDA 33430
TELEPHONE (561) 734-0440
FACSIMILE (561) 659-2488

780 THIRD AVENUE
24TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 785-4800
FACSIMILE (212) 785-2814

220 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090
TELEPHONE (908) 301-9001
FACSIMILE (908) 301-9002

August 31, 2004

# FILED UNDER SEAL

## VIA FACSIMILE AND FIRST CLASS MAIL

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *United States v. Felix Sater*
> *Case No. 98-CR-1101 (ILG)*

Dear Judge Glasser:

Please accept this as Defendant Felix Sater's unopposed motion to continue the sentencing hearing currently set before Your Honor on Thursday, September 9, 2004 at 3:30 pm. As the Court may recall, Mr. Sater has been involved in ongoing cooperation activities with law enforcement agents, and has provided truthful and credible information on a wide variety of criminal activities, some of which has already led to criminal prosecution of others.

I have conferred with Assistant United States Attorney Thomas Firestone, who does not oppose the relief sought herein. Currently Mr. Sater is working with the Federal Bureau of Investigation ("FBI"), involving a long-term investigation into major international criminal organizations. In fact, the FBI is interested in having Sater travel in the upcoming several months, along with FBI special agents, to a foreign country in order to assist them in their investigations in that country. Further, I have been asked to relate to the Court that Assistant United States Attorney Eric Korngold (who is away until next week) will upon his return to the District submit to the Court, under seal and under separate cover, additional information detailing more specifically Mr. Sater's ongoing cooperative efforts.

Accordingly, we respectfully request that the Court continue Mr. Sater's

sentencing hearing for a period of six (6) months in order to enable Mr. Sater to continue his significant cooperative efforts.

Respectfully submitted,

Myles H. Malman

MHM/jr

cc:    Assistant United States Attorney William Burke (S.D.N.Y.)
       Assistant United States Attorney Thomas Firestone (E.D.N.Y.)
       Assistant United States Attorney Eric Korngold (S.D.N.Y.)
       United States Probation Officer Michelle Espinoza

MALMAN, MALMAN & ROSENTHAL • YANKEE CLIPPER CENTER • 3230 STIRLING ROAD • SUITE 1 • HOLLYWOOD, FLORIDA 33021-2041 • (954) 322-0065

PALM BEACH  •  NEW YORK, NEW YORK  •  WESTFIELD, NEW JERSEY