# MALMAN, MALMAN & ROSENTHAL

MYLES H. MALMAN
ADMITTED
FLORIDA, NEW YORK, PENNSYLVANIA
myles@malman.com

JILL A. MALMAN
ADMITTED
FLORIDA, CALIFORNIA
jill@malman.com

JONATHAN H. ROSENTHAL
MANAGING NEW JERSEY ATTORNEY
ADMITTED
FLORIDA, NEW JERSEY
jon@malman.com

COUNSELLORS AT LAW
YANKEE CLIPPER CENTER
3230 STIRLING ROAD
SUITE 1
HOLLYWOOD, FLORIDA 33021-2041
TELEPHONE (954) 322-0065
FAX (954) 322-0084

125 WORTH AVENUE
SUITE 208
PALM BEACH, FLORIDA 33480
TELEPHONE (561) 734-0440
FACSIMILE (561) 659-2468

645 THIRD AVENUE
28TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 661-7510
FACSIMILE (212) 661-7516

220 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090
TELEPHONE (908) 301-9001
FACSIMILE (908) 301-9008

September 1, 2005

## FILED UNDER SEAL

**VIA FACSIMILE AND FIRST CLASS MAIL**
The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Sentencing for defendant Felix Sater is adjourned.
>
> New sentencing date is set for Thursday, September 14th 2006 @ 10am.
>
> So Ordered:
> I. Leo Glasser, USDJ
> 9/16/05

    Re: **United States v. Felix Sater**
         **Case No. 98-CR-1101 (ILG)**

Dear Judge Glasser:

    Please accept this as Defendant Felix Sater's unopposed motion to continue the sentencing hearing currently set before Your Honor on Wednesday, September 7, 2005 at 10:00 am. As the Court may recall, Mr. Sater has been involved in ongoing cooperation activities with law enforcement agents, and has provided truthful and credible information on a wide variety of criminal activities, some of which has already led to criminal prosecution of others.

    I have conferred with Assistant United States Attorney Eric Corngold, who does not oppose the relief sought herein. Currently Mr. Sater is working with the Federal Bureau of Investigation ("FBI"), involving a new long-term investigation of significant national importance.

Accordingly, we respectfully request that the Court continue Mr. Sater's sentencing hearing for a period of one (1) year in order to enable Mr. Sater to conclude his significant cooperative efforts and sentence him at that time. We anticipate no further requests. Thank you for your consideration of this matter.

Respectfully submitted,

Myles H. Malman

MHM/ptg

cc: Assistant United States Attorney Eric Corngold (S.D.N.Y.)
United States Probation Officer Michelle Espinoza

MALMAN, MALMAN & ROSENTHAL • YANKEE CLIPPER CENTER • 3230 STIRLING ROAD • SUITE I • HOLLYWOOD, FLORIDA 33021-2041 • (954) 322-0065

PALM BEACH • NEW YORK, NEW YORK • WESTFIELD, NEW JERSEY