# MALMAN & ASSOCIATES

**MYLES H. MALMAN**
ADMITTED IN
FLORIDA, NEW YORK, PENNSYLVANIA

**JILL A. MALMAN**
ADMITTED IN
FLORIDA, CALIFORNIA

**JONATHAN H. ROSENTHAL**
MANAGING NEW JERSEY ATTORNEY
ADMITTED IN
FLORIDA, NEW JERSEY

OF COUNSEL
CHRISTOPHER M. KISE
JOHN K. LAWLOR
ANDREW Y. WINSTON

COUNSELLORS AT LAW
12955 BISCAYNE BOULEVARD
SUITE 202
NORTH MIAMI, FLORIDA 33181
TELEPHONE (305) 891-0096
FAX (305) 891-1015
E-MAIL myles@malman.com

**TAMPA OFFICE**
101 EAST KENNEDY BOULEVARD
SUITE 1060
TAMPA, FLORIDA 33602
TELEPHONE (813) 221-7877
FAX (813) 221-7878

**NEW JERSEY OFFICE**
41 MAPLE STREET
SUITE 216
SUMMIT, NEW JERSEY 07901
TELEPHONE (908) 608-0690
FAX (908) 608-0694

July 7, 1999

**VIA FACSIMILE AND FEDERAL EXPRESS**

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>U.S. v. Felix Sater</u>

Dear Judge Glasser:

I write to request permission for my client, Felix Sater, to travel on a one day trip to Washington, D.C. on Friday, July 9, 1999. The purpose of Mr. Sater's trip is to explore business opportunities in the medical field. It may be necessary for Mr. Sater to make a one day follow-up visit to Washington, D.C. the week of July 19th.

We therefore, request your Honor's permission to allow Mr. Sater to travel as indicated. It is my understanding that Agent Leo Taddeo of the Federal Bureau of Investigation as well as the prosecutor, Assistant United States Attorney Jonathan Sack, have no objections to this travel. We thank you for your Honor's consideration of our application.

Respectfully yours,

Myles H. Malman

MHM/tl

cc: Jonathan Sack, Esquire (via facsimile)
Special Agent Leo Taddeo (via facsimile)
Clerk of the Court (via first class mail)

So Ordered _____
Judge I. Leo Glasser

7/8/99