UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

FELIX SATER, a/k/a
  "Paul Stewart" and "P. Stewart,"

      Defendant.

-------------------------------------------------------- X

98-CR-1101-(ILG)

## NOTICE OF UNAVAILABILITY

**MALMAN & ASSOCIATES**
12955 Biscayne Boulevard
Suite 202
North Miami, Florida 33181
(305) 891-0066

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

       Plaintiff,

                                       98-CR-1101-(ILG)

v.

FELIX SATER, a/k/a
  "Paul Stewart" and "P. Stewart,"

       Defendant.

-------------------------------------------------------------X

## NOTICE OF UNAVAILABILITY

**YOU ARE HEREBY NOTIFIED** that undersigned counsel for Felix Sater will be unavailable from August 21, 2000 through August 22, 2000 and August 30, 2000 through September 6, 2000.  Undersigned respectfully requests that no hearings, scheduling of discovery or other pleadings be filed/scheduled which require a timely response or attendance during this time period; and that all pending matters be abated during this period of time.

Dated:  August _____, 2000

                                      Respectfully submitted,

                                      Myles H. Malman, P.A.
                                      Counsel for Sater
                                      12955 Biscayne Boulevard
                                      Suite 202
                                        North Miami, Florida  33181
                                        Telephone:  (305) 891-006
                                        Fax:         (305) 891-1015

By: _____
            Myles H. Malman
            MHM 2897

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

hand delivery to Jonathan Sack, Esquire, Office of the United States Attorney, Eastern

District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 this 4th day of

August, 2000.

By: _____

Myles H. Malman

LAW OFFICES • MALMAN & ASSOCIATES • 12955 BISCAYNE BOULEVARD • SUITE 202 • NORTH MIAMI, FLORIDA 33181 • (305) 691-0066