UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX SATER, a/k/a
  "Paul Stewart" and "P. Stewart,"

    Defendant.

---------------------------------------------------------X

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  MAY 01 2001  ★
BROOKLYN OFFICE

98-CR-1101-(ILG)

## NOTICE OF CHANGE OF ADDRESS

**MALMAN, MALMAN & ROSENTHAL**
3230 Stirling Road
Suite 1
Hollywood, Florida 33021
(954) 322-0065

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                                        98-CR-1101-(ILG)

FELIX SATER, a/k/a
  "Paul Stewart" and "P. Stewart,"

    Defendant.

----------------------------------------X

## NOTICE OF ADDRESS CHANGE

Written notice is hereby given that undersigned counsel and the firm Malman, Malman & Rosenthal have changed their address and request is made that all service lists be amended accordingly. The new address is as follows:

        Malman, Malman & Rosenthal
        3230 Stirling Road, Suite 1
        Hollywood, Florida 33021
        Telephone: (954) 322-0065
        Facsimile: (954) 322-0064

                          Respectfully submitted,

                          Malman, Malman & Rosenthal
                          Counsel for Sater
                          3230 Stirling Road, Suite 1
                          Hollywood, Florida 33021
                          Telephone: (954) 322-0065
                          Fax:       (954) 322-0064

                          By: _____
                               Myles H. Malman
                               MHM 2897

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served via United States mail to Jonathan Sack, Esquire, Office of the United States Attorney, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 this ___ day of April, 2001.

By: _____
Myles H. Malman