UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIX SATER, a/k/a
  "Paul Stewart" and "P. Stewart,"

    Defendant.

------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 18 2001 ★
BROOKLYN OFFICE
98-CR-1101-(ILG)

## NOTICE OF UNAVAILABILITY

**MALMAN, MALMAN & ROSENTHAL**
3230 Stirling Road
Suite 1
Hollywood, Florida 33021
(954) 322-0065

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                            98-CR-1101-(ILG)

FELIX SATER, a/k/a
  "Paul Stewart" and "P. Stewart,"

    Defendant.
-------------------------------------------X

## NOTICE OF UNAVAILABILITY

**YOU ARE HEREBY NOTIFIED** that undersigned counsel will be unavailable from July 2-10, 2001. Undersigned respectfully requests that no hearings or other pleadings be filed/scheduled which require a timely response or attendance during this time period; and that all pending matters be abated during this period of time.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via United States mail to Jonathan Sack, Esquire, Office of the United States Attorney, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 this ___ day of June, 2001.

                                      Respectfully submitted,

                                      Malman, Malman & Rosenthal
                                      3230 Stirling Road, Suite 1
                                      Hollywood, Florida 33021
                                      Telephone: (954) 322-0065
                                      Fax: (954) 322-0064

                                      By: _____
                                              Myles H. Malman