# MALMAN, MALMAN & ROSENTHAL

MYLES H. MALMAN
ADMITTED
FLORIDA, NEW YORK, PENNSYLVANIA
myles@malman.com

JILL A. MALMAN
ADMITTED
FLORIDA, CALIFORNIA
jill@malman.com

JONATHAN H. ROSENTHAL
MANAGING NEW JERSEY ATTORNEY
ADMITTED
FLORIDA, NEW JERSEY
jon@malman.com

COUNSELLORS AT LAW
YANKEE CLIPPER CENTER
3230 STIRLING ROAD
SUITE 1
HOLLYWOOD, FLORIDA 33021-2041
TELEPHONE (954) 322-0065
FAX (954) 322-0064

125 WORTH AVENUE
SUITE 209
PALM BEACH, FLORIDA 33480
TELEPHONE (561) 734-0440
FACSIMILE (561) 659-2465

666 THIRD AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 661-7840
FACSIMILE (212) 661-7519

220 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090
TELEPHONE (908) 301-9001
FACSIMILE (908) 301-9008

February 3, 2005

## FILED UNDER SEAL

**VIA FACSIMILE AND FIRST CLASS MAIL**
The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Felix Sater*
Case No. 98-CR-1101 (ILG)

Dear Judge Glasser:

Please accept this as Defendant Felix Sater's unopposed motion to continue the sentencing hearing currently set before Your Honor on Wednesday, February 9, 2005 at 10:00 am. As the Court may recall, Mr. Sater has been involved in prolonged ongoing cooperation activities with law enforcement agents, and has provided truthful and credible information on a wide variety of criminal activities, some of which has already led to criminal prosecution of others.

I have conferred with Assistant United States Attorney Eric Korngold, who does not oppose the relief sought herein. Currently Mr. Sater is working with the Federal Bureau of Investigation ("FBI"), involving two long-term investigations into major international criminal organizations. Sater has traveled to a foreign country in the past several months, along with FBI special agents in order to assist them in their investigations in that country. Further travel is expected. Sater has also taped target(s) in excess of 30 consensual recordings. Further taping is ongoing and is expected to be long term.

Additionally, I have been asked to relate to the Court that Assistant United States Attorney Eric Korngold will, upon his return to the District, submit to the Court, if necessary, under seal and under separate cover additional information detailing more specifically Mr. Sater's ongoing cooperative efforts.

Accordingly, we respectfully request that the Court continue Mr. Sater's sentencing hearing for a period of six (6) months in order to enable Mr. Sater to continue his significant cooperative efforts.

Respectfully submitted,

Myles H. Malman

MHM/pg

cc: Assistant United States Attorney William Burke (S.D.N.Y.)
Assistant United States Attorney Eric Korngold (E.D.N.Y.)
United States Probation Officer Michelle Espinoza

*adjournment to 9/7/05 at 10:00 for ordered I. L. Glasser USDJ*

*2/3/05*

MALMAN, MALMAN & ROSENTHAL • YANKEE CLIPPER CENTER • 3230 STIRLING ROAD • SUITE 1 • HOLLYWOOD, FLORIDA 33021-2041 • (954) 322-0085

PALM BEACH  •  NEW YORK, NEW YORK  •  WESTFIELD, NEW JERSEY