```
                                            FILED
                                       IN CLERK'S OFFICE
                                   U.S. DISTRICT COURT, E.D.N.Y.

                                       ★  JUL 16 2009  ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

-------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :    98-CR-1101 (ILG)
        vs.                         :
                                    :    NOTICE OF APPEARANCE
                                    :
FELIX SATER,                        :
                                    :
        Defendant.                  :
-------------------------------------------------x

PLEASE TAKE NOTICE that I hereby respectfully enter my appearance as counsel for Felix Sater, the above named defendant. I am admitted to practice in this District.

Respectfully submitted,

Dated: New York, New York
       July 16, 2009

s/ Kelly A. Moore
Kelly A. Moore (KM-4839)

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
(212) 309-6001 (efax)
Email: kelly.moore@morganlewis.com