Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kelly A. Moore
Partner
212.309.6612
kelly.moore@MorganLewis.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT / 2 2009 ★

September 22, 2009

**BROOKLYN OFFICE**

The Honorable I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York

Re:   United States v. Sater (98-CR-1101-01)

Dear Judge Glasser:

We represent the defendant in the **above** matter and are **respectfully** requesting a two-week adjournment of the sentencing until October 23, 2009.

I have discussed this request with AUSA Todd Kaminsky **and he has no objection.**

Respectfully,

*[signature]*

Kelly A. Moore

cc:  AUSA Todd Kaminsky

So ordered
s/I.L. Glasser
9/30/09

DB1/63680903.1