TK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

John Doe,

              Defendant.

- - - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 20 2011 ★

BROOKLYN OFFICE

O R D E R

98 CR 1101 (ILG)

    Application having been made by Assistant United States Attorney Todd Kaminsky for an Order unsealing the docket sheet for the above-captioned case for the limited purpose of allowing the government to review the docket sheet to determine whether it is complete, it is hereby:

    ORDERED that the docket sheet in the above-captioned case be unsealed for the limited purpose of allowing the government to review it while it otherwise remains under seal.

Dated:    Brooklyn, New York
           January 20, 2011

                                        S/ILG

                                      _____
                                      HONORABLE I. LEO GLASSER
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LK:TK

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 20, 2011

**BY ECF and Hand Delivery**

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. John Doe
           Criminal Docket No. 98-1101 (ILG)

Dear Judge Glasser:

    Enclosed please find the proposed order discussed in court yesterday.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                By:  _____
                              Todd D. Kaminsky
                              Assistant U.S. Attorney
                              (718) 254-6367

cc:  Defense counsel (ECF)
      Kelly Moore, Esq. (via email)