UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA,

          Plaintiff,

- against -

FELIX SATER,

          Defendant.
------------------------------------------------------------ x
FRED M. OBERLANDER, ESQ.,

          Non-Party Respondent.
------------------------------------------------------------ x

98 CR 1101 (ILG)

FILED UNDER SEAL

**Declaration of Fred M. Oberlander**

I, Frederick M. Oberlander, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly admitted to practice before the courts of the State of New York, as well as the United States District Court for the Southern District of New York. I submit this declaration in opposition to the order to show cause that has been filed seeking the return of certain "sealed" and "confidential" documents.

2. In order to maintain the status quo, I have not shown the documents to anyone, pending the hearing and determination of this motion.

3. I obtained the documents at issue from a client. I did not solicit them from the client.

4. I did not obtain them from the court.

4020238.2

5. I verily believe that, if I were permitted to contact the client, he would agree to submit an affidavit that would describe how he obtained the documents at issue, and that he, in turn, gave them to me, unsolicited.

Dated: New York, New York
June 4, 2010

*[signature]*
Frederick M. Oberlander

4020238.2