UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA

                                        **ORDER**

              -against-
                                        98 CR 1101 (ILG)

JOHN DOE,

              Defendant.
----------------------------------------------------------x
DEARIE, Chief Judge.

      In accordance with the Order and Mandate of the United States Court of Appeals for the

Second Circuit, dated February 14, 2011, the matter is referred to Judge Brian Cogan for the

limited purpose of implementing and overseeing compliance with the orders of the Circuit and

the orders previously entered by Judge Glasser relating to documents placed under seal.


SO ORDERED.

Dated: Brooklyn, New York
      February 11, 2011

                                        s/ Judge Raymond J. Dearie

                                        _____
                                        RAYMOND J. DEARIE
                                        United States District Judge