

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED
4 8 11
Chambers of
I. Leo Glasser
U.S.D.J.

PN:TK
F.#1998R01996

April 8, 2011

**TO BE FILED UNDER SEAL**

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Felix Sater
           Criminal Docket No. 98 CR 1101 (ILG)

Dear Judge Glasser:

      The government writes in response to the Court's March 23, 2011 Scheduling Order in which it requests the parties' response to the Court's concerns regarding its continuing jurisdiction to entertain the unsealing motion currently before it. Please find attached the government's March 30, 2011 letter to the Second Circuit, which lays out its reasoning as to why the district court retains jurisdiction over the unsealing motion.

      Because the attachment mentions specific facts that, if revealed, could prejudice the defendant's safety, we request that this letter remain under seal. See United States v. Alcantara, 369 F.3d 189, 200 (2d Cir. 2005) (stating that a motion in support of sealing can itself be kept under seal).

                    Respectfully submitted,

                    LORETTA E. LYNCH
                    United States Attorney
                    Eastern District of New York

      By:      /s
            Todd Kaminsky
            Assistant United States Attorney

cc : Counsel for Richard Roe
    Richard Lerner, Esq.

    Counsel for John Doe
    Michael Beys, Esq.