# LAW OFFICE OF FREDERICK M. OBERLANDER

FREDERICK M. OBERLANDER
ATTORNEY-AT-LAW

fred55@aol.com

28 Sycamore Lane (PO Box 1870)
Montauk, New York 11954
Telephone 212.826.0357
Fax 212.202.7624

November 9, 2010

**CANCELLATION OF STIPULATED STANDSTILL COMMUNICATION IN CONTEMPLATION OF SETTLEMENT**

Brian Herman, Esq.
Morgan Lewis
(by email, facsimile, and Fedex)

Re: ███████████████  ████████

Dear Mr. Herman:

Please take note that I myself in my own behalf, and as counsel for and in behalf of my clients███
and ███████ declare the stipulated standstill agreement of ███████████████████████
be cancelled as to all three of us, as of right, such cancellation to be effective Tuesday, November 16, 2010.
I and my clients reserve all other rights thereunder, including without limitation all other rights to
cancellation as may exist.

As you know, Plaintiffs have determined that dozens of copies of the complaint and exhibits were sent out
by third parties acting on their own, primarily by ████████, prior to any court ever ruling on anything,
and then circulated by them and those who received them. There isn't anything you can do about it. There
is no legal recourse to anyone.

If you wish ███████ activities lawfully kept quiet to any extent, stand still, stop filing motions and get
out of the way so Plaintiffs can try to resolve the case before everything uploads to PACER and goes
public. The only way to try to prevent worldwide notoriety will be a globally stipulated sealed
confidentiality order accompanying a global settlement. No prior restraint ever was possible and thanks to
your litigation in EDNY and what it revealed and the transcripts thereof, all you have accomplished now is
to guarantee massive public interest in the cover-up not only of the ███ conviction but the super sealed
files and the evasion of mandatory restitution of the ████████ (give or take) that Plaintiffs can allege
███████ took out of ██████ and the wrongful concealment of the ████████ chose in action
available against ██████, concealments themselves RICO predicates, which by definition make all these
matters of public interest so beyond any First Amendment threshold as to make silly any attempt to enjoin.

I am sending separately a litigation standstill agreement for the SDNY matter, which is in everyone's
interest and which matches in substance and duration the standstill the ██████ defendants (including██
██████) all signed two weeks ago. It includes a stipulation as to serving the original complaint as filed.

If you don't stipulate I'll get it so ordered anyway because (as Judge Glaser himself pointed out) the issue
of dissemination is moot, but you'll have wasted more time and be that much closer to the time when Judge
Buchwald orders this public and your client finds this on the front pages everywhere, including New York,
Iceland, Turkey, and Kazakhstan, and all the other plaintiffs worldwide, including Glitnir (which already
knows of the EDNY criminal matter from public filings but not yet about your client), join the party.

I can with confidence predict from the settlement discussions I've had that all the defendants will be
delighted to keep this quiet, if it is in Plaintiffs' interests to ask them to do so and if such can be done while
allowing Judge Buchwald to respect the presumptive common law right of access to civil litigation filings.

You have two friends, Plaintiffs and the Second Circuit, where it is Holy Grail to protect sealed and stipulated confidential civil settlement agreements even against grand jury subpoena. But first there has to be such a settlement agreement. And that lies in the discretion of Plaintiffs. If this case is not settled quickly, it will surely go viral. If you obstruct a settlement instead of helping get there, everything will go public with clockwork inevitability. This is not a threat, it is mathematics. And it is certain.

No power on this earth will much longer prevent as much lawful and legal worldwide dissemination of this Complaint and every document attached thereto or referenced therein as the public and press doing the dissemination think its value justifies. You already saw what *Courthouse News* thought of it, and everything else I file about ███████, entirely without my or my clients' involvement. Only a stipulated sealed confidential settlement agreement Plaintiffs find acceptable, executed very soon, can stop that.

You claim to be worried about ███████ notoriety yet all you managed to do is get back to where we were in May with the decidedly non-trivial addition of a preclusive judicial determination that I and my clients did nothing wrong and can disseminate at will. You've handed my clients preclusive judicial affirmation of what they already had, the First Amendment right to disseminate, created worldwide front page news value based on what was revealed about what went on here, and intentionally interfered with their ability to settle the case by adopting the ridiculous argument that serving a complaint on someone who already had it was wrongful, as a result practically guaranteeing loss of time needed to settle and an ensuing public disaster for your client who by your own admission is the most exposed to publicity of all.

He's going to be an awfully popular fellow. Always remember, if I can't settle this in time now, you will have brought this about by your decisions, taking the tactical nuclear device I filed in SDNY and enhancing it beyond what even I could have, magnifying its yield to that of a strategic thermonuclear weapon by dragging in EDNY and that disaster. You say you did this to protect ███████ I don't get it. I really don't.

**Sign the litigation standstill and get out of the way**. You have seven days to seek further relief from Judge Glasser. If you do, if you don't standstill, if you continue to interfere with service or dissemination, if I see letters, motions, or anything else, I will instruct counsel to seek emergency relief. And I'll get it. And you'll get the inevitable, concomitant global public news and media coverage of everything everywhere.

You and Ms. Moore may meet with me any time this week. Do not mistake the tone of this letter. It is not arrogant. It is, "What were they thinking?" Listen to me. I see legal ways out for your client which are in my clients' interests to facilitate. You won't see them. You need my help. Take it. Fast. Or Judge Buchwald will be presiding over World War III with coverage likely on the front page of the New York Law Journal.

Sincerely yours,

Frederick M. Oberlander
Attorney-at-Law