

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kelly A. Moore
Partner
212.309.6612
kelly.moore@MorganLewis.com

June 25, 2010

**TO BE FILED UNDER SEAL**

The Honorable I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>United States v. John Doe, 98 CR 1101 (ILG)</u>

Dear Judge Glasser:

We represent the movant John Doe in this matter.

In view of the fact that the parties were delayed in their receipt of the transcript of the hearing before the Court on June 21, 2010, we respectfully request that the Court extend our time to submit a post-hearing brief until July 1, 2010. Respondents consent, and ask that their brief be submitted a week later.

Additionally, in accordance with the Court's June 21, 2010 Order (1) enjoining the dissemination of the information contained in the Pre-Stentence Investigation Report (the "PSR") and directing the return of all copies of the PSR to the United States Attorney's Office; and (2) extending the Temporary Restraining Order, Movant respectfully requests that the Court issue the enclosed proposed Order directed to non-party Joshua Bernstein. We have conferred with Counsel for Mr. Oberlander regarding the proposed Order and they have no objection.

Respectfully submitted,

*[signature]*

Kelly A. Moore

*[handwritten: So ordered / I. L. Glasser / SDJ / 6/25/10]*

cc: Richard E. Lerner, Esq. (by E-Mail)

DB1/65096123.2

**Morgan Lewis**
COUNSELORS AT LAW

The Honorable I. Leo Glasser
June 25, 2010
Page 2

    Lauren Rocklin, Esq. (by E-Mail)
    Stamatios Stamoulis, Esq. (by E-Mail)
    Todd Kaminsky, Assistant United States Attorney (by E-Mail)

DB1/65096123.2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
UNITED STATES OF AMERICA,

                      Plaintiff,        98 CR 1101 (ILG)

                                            **FILED UNDER SEAL**

      -against-

JOHN DOE,

                    Defendant.
---------------------------------------------------------------- X

### [PROPOSED] ORDER DIRECTING NON-PARTY JOSHUA BERNSTEIN TO RETURN PRESENTENCE INVESTIGATION REPORT AND COMPLY WITH EXTENSION OF TEMPORARY RESTRAINING ORDER

**WHEREAS**, Respondent Fred Oberlander, Esq. has testified before the Court that non-party Joshua Bernstein was in the possession of one or more of the following documents prepared and/or filed in connection with criminal matter 98 CR 1101: one or more Proffer Agreements; a Cooperation Agreement, a Complaint, an Information or draft thereof (collectively, the "Documents") and a Pre-Sentence Investigation Report (the "PSR");

**WHEREAS**, criminal matter 98 CR 1101, and all documents filed in connection therewith, remain under seal by order of the Court;

**WHEREAS**, the Court conducted a hearing in this matter on June 21, 2010 (the "Hearing");

**WHEREAS**, Movant John Doe attempted to subpoena Mr. Bernstein to appear at the Hearing, but was unable to effect service;

**WHEREAS**, the Court issued an Order at the hearing enjoining the dissemination of the

information contained in the PSR and directing all copies of the PSR to be returned to the United States Attorney's Office;

**WHEREAS,** the Court extended a previously issued temporary restraining order, thereby precluding the use or dissemination of the Documents and the information contained therein;

**IT IS HEREBY ORDERED**, that non-party Joshua Bernstein, (1) return immediately all copies, both in electronic form and physical form, of the PSR to Assistant United States Attorney Todd Kaminsky at the following address:

271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-7000

**ORDERED**, that Joshua Bernstein identify in writing to Kelly A. Moore, Esq., Morgan Lewis & Bockius LLP, 101 Park Avenue, New York, New York 10178, counsel for Movant, the names of, and contact information for, anyone other than Mr. Oberlander to whom he has provided copies of the Documents or PSR;

**ORDERED**, that Joshua Bernstein, not disseminate the Documents or information contained therein pending further order of the Court;

**ORDERED**, that service of this order shall be effected by mailing via Federal Express a copy of this Order to Mr. Bernstein's residence and by emailing a copy of the Order to Mr. Bernstein at an email address supplied by counsel for Mr. Oberlander;

**ORDERED**, that Joshua Bernstein be afforded an opportunity to be heard on the above directives should he so desire.

2

**SO ORDERED**

Dated: New York, New York
June 25, 2010

_____
United States District Judge

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, NY 11201

Chambers of I. Leo Glasser					Fax: 718-613-2446
Senior United States District Judge			Tel: 718-613-2444

**Date:**		June 25, 2010

**From:**		Chambers

**To:**

Kelly Anne Moore
Morgan Lewis & Bockius LLP
Fax: 212-309-6001

Richard E. Lerner, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Fax: 212-490-3038

Number of pages, including cover:  5

**Re:**	**United States v. John Doe, No. 98 Cr. 1101**

NOTE: If you do not receive the indicated number of pages, please call sender.

************ -COMM. JOURNAL- ****************** DATE JUN-25-2010 ***** TIME 06:00 ***********

MODE = MEMORY TRANSMISSION                      START=JUN-25 05:54   END=JUN-25 06:00

FILE NO.=589
STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES   DURATION
001       OK      ﬆ          912123096001           005/005   00:01:11

-JUDGE I. LEO GLASSER-
************************-U.S.D.C-EDNY  - *****  -  718 260 2447- ***********

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, NY 11201

Chambers of I. Leo Glasser  Fax: 718-613-2446
Senior United States District Judge  Tel: 718-613-2444

Date:       June 25, 2010

From:       Chambers

To:

Kelly Anne Moore
Morgan Lewis & Bockius LLP
Fax: 212-309-6001

Richard E. Lerner, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Fax: 212-490-3038

Number of pages, including cover:  5

Re:    United States v. John Doe, No. 98 Cr. 1101

NOTE: If you do not receive the indicated number of pages, please call sender.

************ -COMM. JOURNAL- ************* DATE JUN-25-2010 ***** TIME 06:01 ********

MODE = MEMORY TRANSMISSION         START=JUN-25 06:00    END=JUN-25 06:01

FILE NO.=591
STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION
001 | OK | s | 912124903038 | 005/005 | 00:00:40

-JUDGE I. LEO GLASSER            --
*********** -U.S.D.C-EDNY ******************************** - ***** -         718 260 2447- **********