Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kelly A. Moore
Partner
212.309.6612
kelly.moore@MorganLewis.com

August 3, 2010

**TO BE FILED UNDER SEAL**

The Honorable I. Leo Glasser
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Doe, 98 CR 1101 (ILG)

Dear Judge Glasser:

As we discussed on a conference call with Your Honor earlier this afternoon, all parties consent to and respectfully request an additional extension of the Temporary Restraining Orders (TROs) currently in place in this matter while the parties await Judge Buchwald's ruling on an application for an extension of time for Respondents to file and serve the SDNY civil complaint.

Respectfully,

*[signature]*

Kelly A. Moore

cc: Richard Lerner, Esq.
    Stam Stamoulis, Esq.
    AUSA Todd Kaminsky

*[Handwritten note: Request granted. Status report to be provided on or before 8/13/10 via ECF, facsimile or in person. Good luck. ILG USDJ 8/3/10]*

DB1/65401645.1



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, NY 11201

Chambers of I. Leo Glasser					Fax: 718-613-2446
Senior United States District Judge			Tel: 718-613-2444

**Date:**		**August 3, 2010**

**From:**		**Chambers**

**To:**

Kelly Anne Moore
Morgan Lewis & Bockius LLP
Fax: 212-309-6001

Richard E. Lerner, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Fax: 212-490-3038

Number of pages, including cover:  2

**Re:**	**United States v. John Doe, No. 98 Cr. 1101**

NOTE: If you do not receive the indicated number of pages, please call sender.