UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

FELIX SATER,

        Defendant.

----------------------------------------------------------X

98 CR 1101 (ILG)

**TO BE FILED UNDER SEAL**

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that I hereby respectfully enter my appearance as counsel for defendant Felix Sater in the above-captioned action. I am admitted to practice in this District.

        Respectfully submitted,

Dated: New York, New York
       February 17, 2011

Nader Mobargha

BEYS, STEIN & MOBARGHA LLP
405 Lexington Avenue, 7th Floor
New York, New York 10174
(212) 387-8200 (phone)
(212) 387-8229 (fax)
Email: nmobargha@bsmlegal.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

-against-

FELIX SATER,

        Defendant.

------------------------------------------------------X

98 CR 1101 (ILG)

**TO BE FILED UNDER SEAL**

**AFFIDAVIT**

STATE OF NEW YORK  )
                              ) ss.:
COUNTY OF NEW YORK  )

        NADER MOBARGHA, being duly sworn, deposes and says:

1. I am a member of the bar of this Court and of the firm of Beys, Stein & Mobargha LLP ("BSM"), which has been retained as attorneys in this action for the Defendant Felix Sater.

2. This affidavit is submitted in support of Defendant's application for an order permitting the substitution of attorneys for the Defendant herein.

3. BSM has been asked by Mr. Sater to substitute as counsel in this action for Morgan, Lewis & Bockius, LLP.

4. We believe that the substitution of counsel for the Defendant in this action will not cause any inconvenience or prejudice to either the parties or to the Court. The substitution should have no material effect on any of the deadlines in this case.

Nader Mobargha

Signed and sworn to before me
this 17 day of February, 2011

Notary Public

ISIDORE ZIMERMAN
Notary Public, State of New York
No. 4606754
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires July 31, 20 13