UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

CHAMBERS OF
I. LEO GLASSER
SENIOR JUDGE

March 8, 2011

*TO BE FILED UNDER SEAL*

Todd Kaminsky
Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, NY 11201

       Re: United Sates v. Felix Sater
          98 CR 1101 (ILG)

Dear Mr. Kaminsky:

  The request contained in your letter of March 4th, for an extension of time to respond to Mr. Lerner's letter of February 3, 2011 (actually dated February 4, 2011, Docket No. 89), is hereby granted until March 30th, 2011.

                Very truly yours,

                I. Leo Glasser

cc: Richard Lerner, Esq.
   Michael Beys, Esq.