# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000 Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

April 19, 2011

**UNDER SEAL – with request for unsealing and docketing**

**Via Facsimile – (718) 613-2446**

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

      Re:    United States of America v. Felix Sater
              Case No.       :     98CR1101 (ILG)
              <u>Our File No. :     07765.00155</u>

Dear Judge Glasser:

      Attached is today's order from the Second Circuit which confirms that this District Court "retains jurisdiction to decide the government's motion to unseal, as well as to decide any other pending or future motions to unseal that would not result in the public disclosure of docket entries or underlying documents <u>that reference John Doe's cooperation with the government</u>." (Underlining in original).

      Should this court require additional information, it is respectfully asked to contact me.

                                        Respectfully submitted,

                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                  Judy C. Selmeci

Enclosure: 2d Circuit order of April 19, 2011

cc:    **By E-Mail/ Fax (with enclosure)**
       Todd Kaminsky & Peter Norling – US Attorney's Office
       Nade Mobargha & Michael Beys
       Frederick M. Oberlander, Esq.
       Hon. Brian Cogan, USDJ – EDNY (Fax No.: **718-613-2236**)

4569679.1

E.D.N.Y. -Bklyn
Glasser, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of April, two thousand eleven.

Present:
    José A. Cabranes,
    Rosemary S. Pooler,
    Denny Chin,
        *Circuit Judges.*

---

Richard Roe,

    *Respondent-Appellant,*

v.                                                                                                Nos. 10-2905-cr, 11-479

United States of America,

    *Appellee,*

John Doe,

    *Defendant-Appellee.*

---

    WHEREAS, the government has moved the District Court (I. Leo Glasser, *Judge*), to (a) unseal the docket, certain docket entries, and certain documents filed in the matter of *United States v. Doe*, No. 98-cr-1101 (E.D.N.Y.), and (b) to change the caption of the matter to *United States v. Felix Sater* (the "motion to unseal"); and

    WHEREAS, Judge Glasser has requested briefing on the District Court's jurisdiction to entertain the government's motion to unseal in light of respondent-appellant Richard Roe's pending appeal from orders issued by the District Court; and

    WHEREAS, both the government and Roe have requested that we confirm the District Court's continuing jurisdiction to entertain the government's motion to unseal;