

U.S. Department of Justice

United States Attorney
Eastern District of New York

GKS

271 Cadman Plaza East
Brooklyn, New York 11201

March 28, 2018

By Hand and ECF

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: United States v. Felix Sater
> Criminal Docket No. 98-1101 (ILG)

Dear Judge Glasser:

The government respectfully submits this request for a limited unsealing order to permit the United States Attorney's Office for the Eastern District of New York ("USAO-EDNY") to obtain a copy of the transcript for an appearance in this matter that occurred on April 27, 2011.

On March 19, 2018, Frederick M. Oberlander, through counsel Richard E. Lerner, Esq., filed a request for a copy of the aforementioned transcript. Dkt. No. 225. On March 28, 2018, the Court issued a scheduling order providing that any response to Oberlander's letter must be filed by April 13, 2018.[1] The court reporter has informed the USAO-EDNY that the transcript is sealed as to all parties. Furthermore, USAO-EDNY has not been able to locate a copy of the transcript in its files. Accordingly, USAO-EDNY

---

[1] In connection with parallel proceedings involving Felix Sater, Oberlander and Lerner, USAO-EDNY has been recused by the Executive Office for United States Attorneys ("EOUSA") from certain criminal contempt referrals. See, e.g., In re Motions for Civil Contempt by John Doe, No. 12-MC-557 (BMC), Dkt. No. 167. EOUSA directed the United States Attorney's Office for the Northern District of New York ("USAO-NDNY") to address such referrals. Id. USAO-EDNY understands that USAO-NDNY received a copy of the Court's March 28, 2018 scheduling order. In light of the aforementioned recusal, this limited unsealing request is made on behalf of USAO-EDNY only.

respectfully requests permission to obtain and review the transcript in order to prepare its response. A proposed limited unsealing order is attached as Exhibit A.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:       /s/
G. Karthik Srinivasan
Temidayo Aganga-Williams
Assistant U.S. Attorneys
(718) 254-6013

Enclosure

cc: Clerk of Court (ILG) (by ECF)
    Counsel of Record