GKS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    P R O P O S E D   O R D E R

          v.                              CR 98-1101 (ILG)

FELIX SATER,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       Upon the application of RICHARD P. DONOGHUE, United States Attorney

for the Eastern District of New York, by Assistant United States Attorney G. Karthik

Srinivasan, for an order that the transcript of an April 27, 2011 court conference be unsealed

as to the United States Attorney's Office for the Eastern District of New York for the limited

purpose of allowing it to review the transcript to prepare its response to a letter filed by

Frederick M. Oberlander on March 19, 2018 (Dkt. No. 225);

       WHEREFORE, it is ordered that the transcript of the April 27, 2011 court

appearance be unsealed as to the United States Attorney's Office for the Eastern District of

New York.


Dated:   Brooklyn, New York
         _____, 2018



                        _____
                        HONORABLE I. LEO GLASSER
                        UNITED STATES DISTRICT JUDGE
                        EASTERN DISTRICT OF NEW YORK