GKS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA                    ~~PROPOSED~~ O R D E R

    v.                                      CR 98-1101 (ILG)

FELIX SATER,

        Defendant.
------------------------------X

        Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney G. Karthik Srinivasan, for an order that the transcript of an April 27, 2011 court conference be unsealed as to the United States Attorney's Office for the Eastern District of New York for the limited purpose of allowing it to review the transcript to prepare its response to a letter filed by Frederick M. Oberlander on March 19, 2018 (Dkt. No. 225);

        WHEREFORE, it is ordered that the transcript of the April 27, 2011 court appearance be unsealed as to the United States Attorney's Office for the Eastern District of New York.

Dated:   Brooklyn, New York
           3-29        , 2018

                                                  [signature]
                                        HONORABLE I. LEO GLASSER
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK