

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800     Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct Dial: 212.554.7825
E-Mail: rwolf@mosessinger.com

April 9, 2018

**VIA ECF**

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Felix Sater*, **98-1101 (ILG)**

Dear Judge Glasser:

    We represent Felix Sater ("Mr. Sater"), the defendant in the above-captioned proceedings. We respectfully submit this request for a limited unsealing order to permit Mr. Sater to obtain a copy of the transcript of his appearance in this matter on April 27, 2011.

    On March 19, 2018, intervenor Frederick M. Oberlander, through counsel Richard E. Lerner, Esq., filed a request for a copy of the aforementioned transcript. Dkt. No. 225. On March 28, 2018, the Court issued a scheduling order providing that any response to Mr. Oberlander's letter must be filed by April 13, 2018. As Mr. Sater is unable to locate a copy of said transcript, we respectfully requests permission to obtain and review the transcript in order to prepare its response. A proposed limited unsealing order is attached as Exhibit A.

                                   Respectfully submitted,

                                     /S/

                                   Robert S. Wolf

cc:    All Parties via ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        v.

FELIX SATER,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

CR 98-1101 (ILG)

Upon the application of ROBERT S. WOLF, counsel for defendant Felix Sater, for an order that the transcript of an April 27, 2011 court conference be unsealed as to Mr. Sater for the purpose of allowing him to review the transcript to prepare its response to a letter filed by Frederick M. Oberlander on March 19, 2018 (Dkt. No. 225);

WHEREFORE, it is ordered that the transcript of the April 27, 2011 court appearance be unsealed as to Mr. Sater.

Dated:   Brooklyn, New York
            _____, 2018

                                        _____
                                        HONORABLE I. LEO GLASSER
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK