

# NATIONAL ARCHIVES

June 8, 2018

Frederick M Oberlander, Esq.
28 Sycamore Lane (Box 1870)
Montauk, New York, 10001

Mr. Oberlander,

You requested information concerning three cases, 98-CR-1069, 98-CR-1101 and 98-CR1102 retired to the National Archives and Records Administration, Lee's Summit Federal Record Center from the U.S. District Court for the Eastern District of New York.

Cases 98-CR-1069, 98-CR-1101 and 98-CR1102 were retired to the National Archives from the U.S. District Court in Box 29 of Accession Number K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-NY2 in August of 2004. Accession Number K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-NY2 was not sealed "whole box reference only". These cases were immediately available to the public. If records are retired to the Lee's Summit Record Center as whole box reference only they are not available to the public from the National Archives and the entire box is returned to the District Court upon request of the court.

Our records show an entire copy of case 98-CR-1069 was requested by a member of the public on July 12, 2011. This case was also requested to be sent back to the court on September, 21, 2012 and return to the Lee's Summit Records Center in December of 2012. The court again requested the file be sent to them on March 19, 2015 and has not yet been returned to the Lee's Summit Records Center.

Our records show case 98-CR-1101 was requested by the court on June 23, 2010 and has not yet been returned to the Lee's Summit Federal Records Center.

Our records show that an entire copy of case 98-CR-1102 was requested by a member of the public on December 20, 2011, December 29, 2011, February 15, 2012 (certified), April 2, 2012 and May 6, 2016. A Pre-Selected package, which includes the Judgement, Commitment or Probation/Commitment Order or Sentence and the Indictment, was requested by a member of the public on October 12, 2012.

If you need additional information please contact me.

Thank You,

Stephanie Mark
Supervisory Archives Specialist
National Archives and Records Administration
Lee's Summit Federal Records Center
200 Space Center Drive
Lee's Summit, MO 64064
PH: 816-268-8140

NATIONAL ARCHIVES and
RECORDS ADMINISTRATION

200 SPACE CENTER DRIVE
LEE'S SUMMIT, MO 64064-1182
www.archives.gov