UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                                                                             SCHEDULING ORDER
       *v.*                                                               98-CR-1101 (ILG)

FELIX SATER,

                Defendant.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

        Docketed at ECF No. 247 in the above-captioned case is a letter, written *pro se*, which I regard as a motion for the relief it seeks, namely, the unsealing of specifically identified documents. A response to that request can only be made by a determination of whether the reasons that justified the sealing of those documents initially still pertain to overcome the presumption of the public's common law and constitutional right of access to judicial documents.

        Accordingly, the Government and Mr. Sater are hereby directed to jointly respond **on or before March 25, 2019** as to whether a legally-recognized compelling interest warrants the continued sealing of the specified documents.

        SO ORDERED.

Dated:        Brooklyn, New York
                 February 25, 2019

                                                  /s_____
                                                            I. Leo Glasser                       U.S.D.J.