D [initials]

C. Collins
ccollins1600@gmail.com
Budapest, Hungary


March 1, 2019


Hon. I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 8B South, Chambers Room 921 South
Brooklyn, NY 11201

RECEIVED

MAR 0 4 2019

Chambers of
I. Leo Glasser
United States District Judge

Re:   U.S. v. Sater, 98-cr-1101


Dear Honorable Leo Glasser:

By letter filed on February 22 of this year, reporter Johnny Dwyer moved to unseal certain documents in this case. I hereby join in the application, but seek instead immediate unsealing of each item in the case. By order dated January 23, 2019, you acknowledged that this case is of great public importance.

I understand that the court set a date of March 25, 2019 by which Mr. Felix Sater and the government should respond to Mr. Dwyer's motion. However, as you know, motions to unseal are required to be taken up expeditiously. I therefore request that you take up and decide my motion to unseal each document in this case this week.

As you may know, Mr. Sater is scheduled to appear before the House Intelligence Committee on March 14, 2019, in a public hearing. Obviously, all information about Sater's case is of great public importance, and the public as well as the Intelligence Committee should receive the fullest possible understanding of a case that is of "extreme public interest."

As your honor is no doubt aware, on February 21, 2019, in the *Jane Doe v. United States* case, 08-cv-8073 (SD Fla), Judge Marra held that federal prosecutors broke the law when they failed to confer with Jeffrey Epstein's victims before they allowed his case to be dismissed. The Epstein case and the Sater case are remarkably similar in a number of respects.

Accordingly, I request the immediate unsealing, during the coming week, of document in this case, in unredacted form.

I request that this letter be docketed immediately and that a hearing be scheduled as soon as possible.

Although I am a U.S. citizen, I currently reside in Budapest. Accordingly, I will be unable to appear in person for any hearing, and I request the opportunity to appear by telephone. If that cannot be accommodated, I waive my appearance under the assumption that other journalists who appear for the hearing will be able to speak in my behalf.

Very truly yours,

C. Collins