```
**  INBOUND NOTIFICATION: FAX RECEIVED SUCCESSFULLY  **
TIME RECEIVED              REMOTE CSID      DURATION   PAGES   STATUS
March 21, 2019 at 6:06:59 PM EDT   708 456 5741   53         2       Received

03/21/2019  17:05    708-456-5741        FEDEX OFFICE      0332       PAGE  01
```

D+F

C. Collins
ccollins1600@gmail.com
Budapest, Hungary

RECEIVED

MAR 22 2019

Chambers of
I. Leo Glasser
United States District Judge

March 20, 2019

Hon. I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 8B South, Chambers Room 921 South
Brooklyn, NY 11201

Re: U.S. v. Sater, 98-cr-1101

Dear Honorable Leo Glasser:

I am following up on a letter dated March 4, 2019, joining the application of Johnny Dwyer filed on February 22 of this year to unseal certain documents in this case. However, I seek immediate unsealing of all documents.

By order dated January 23, 2019, you acknowledged that this case is of great public importance.

I do understand that the court set a date of March 25, 2019 by which Mr. Felix Sater and the government should respond to Mr. Dwyer's motion. However, given the overwhelming public interest in this case as well as its public importance, I request again that you take up and decide my motion to unseal this case this week, before Mr. Sater's scheduled appearance before the House Intelligence Committee on March 27, 2019.

Of specific importance are the items referenced in the docket entries for September 10, 2004; February 3, 2005; and September 23, 2005.

The public as well as the Intelligence Committee should receive the fullest possible understanding of a case that is of "extreme public interest."

As your honor is no doubt aware, on February 21, 2019, in the *Jane Doe v. United States* case, 08-cv-8073 (SD Fla), Judge Marra held that federal prosecutors broke the law when they failed to confer with Jeffrey Epstein's victims before they allowed his case to be dismissed. The Epstein case and the Sater case are remarkably similar in a number of respects.

I request that this letter be docketed immediately and that a hearing be scheduled as soon as possible.

Although I am a U.S. citizen, I currently reside in Budapest. Accordingly, I will be unable to appear in person for any hearing, and I request the opportunity to appear by telephone. If that cannot be accommodated, I waive my appearance under the assumption that other journalists who appear for the hearing will be able to speak in my behalf.

Very truly yours,

C. Collins