UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

            SCHEDULING ORDER

   v.                                                    98-CR-1101 (ILG)

FELIX SATER,

                  Defendant.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

       The application for an extension of time to respond to the pending motion to unseal records is Granted until April 8, 2019.  No further such application will be entertained.

       SO ORDERED.

Dated:     Brooklyn, New York
             March 26, 2019                    /s/
                                                        I. Leo Glasser
                                                        Senior United States District Judge