UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

                                    ORDER
     *v*.                                        98-CR-1101 (ILG)

FELIX SATER,

                Defendant.
------------------------------------------------------------x
GLASSER, Senior United States District Judge:

       First Look Media Works, Inc., has moved this court for an Order that would permit it to intervene in a pending motion to unseal court records in this case. DE 247.

       It would be an affectation of research to cite even a sliver of the mountains of judicial and legal literature devoted to the constitutional and common law right of access to public records in all its challenging iterations that would require that this motion to intervene be, and it hereby is, Granted.

       SO ORDERED.

Dated:     Brooklyn, New York
             March 26, 2019                                     /s/_____
                                                                 I. Leo Glasser
                                                                 Senior United States District Judge