

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct: 212.554.7825  Fax: 917.206.7784
rwolf@mosessinger.com

March 26, 2019

**VIA ECF**

Hon. I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *U.S. v. Felix Sater*, **98 Cr. 1101 (ILG)**

Dear Judge Glasser,

    I represent defendant Felix Sater in the above-captioned matter and write in response to the letter dated March 20, 2019, from C. Collins (ECF No. 250), which seeks the unsealing of the documents filed as docket (ECF) entries 16, 17 and 28.  Mr. Sater has no objection to the unsealing of these three documents.

    The Court's consideration is greatly appreciated.

                                                                           Respectfully,

                                                                           /S/ Robert S. Wolf

                                                                           Robert S. Wolf

cc:       All Parties via ECF