

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AL:TAW

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 26, 2019

By ECF

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   United States v. Felix Sater
                 Criminal Docket No. 98-1101 (ILG)

Dear Judge Glasser:

        The government respectfully submits this letter in response to a letter from C. Collins dated March 20, 2019, which seeks the unsealing of the documents filed as docket entries 16, 17 and 28. The government has no objection to the unsealing of these three documents.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:    /s/
      Temidayo Aganga-Williams
      Assistant U.S. Attorney
      (718) 254-6183

cc:    Clerk of Court (ILG) (by ECF)
       All Counsel of Record (by ECF)