UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        Plaintiff,

– against –

FELIX SATER,

                        Defendants.

Case No. 98 Cr. 1101 (ILG)

**NOTICE OF APPEARANCE**

---

      PLEASE TAKE NOTICE that **ANDREW G. CELLI, JR.** of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for Intervenor, FIRST LOOK MEDIA WORKS, INC., in the above entitled action and requests that all papers filed through the ECF system be served upon him by his e-mail at acelli@ecbalaw.com.

Dated: March 25, 2019
       New York, New York

                              EMERY CELLI BRINCKERHOFF
                              & ABADY LLP

                                  /s/
                              Andrew G. Celli, Jr.
                              600 Fifth Avenue, 10th Floor
                              New York, NY 10020
                              (212) 763-5000
                              acelli@ecbalaw.com

                              *Attorneys for Intervenor First Look Media Works, Inc.*