UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                     Plaintiff,

– against –

FELIX SATER,

                     Defendants.

Case No. 98 Cr. 1101 (ILG)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that **ALISON FRICK** of EMERY CELLI BRINCKERHOFF & ABADY LLP hereby appears as counsel for Intervenor, FIRST LOOK MEDIA WORKS, INC., in the above entitled action and requests that all papers filed through the ECF system be served upon her by her e-mail at africk@ecbalaw.com.

Dated: March 25, 2019
      New York, New York

EMERY CELLI BRINCKERHOFF
& ABADY LLP

                /s/
Alison Frick
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000
africk@ecbalaw.com

*Attorneys for Intervenor First Look Media Works, Inc.*