UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                                                         ORDER
                                                         98-CR-1101 (ILG)

*v.*

FELIX SATER,

                Defendant.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

       The Court is in receipt of a request (ECF No. 250) to unseal three docket entries for September 10, 2004 (ECF No. 16), February 3, 2005 (ECF No. 28), and September 23, 2005 (ECF No. 17). Counsel for Defendant and the Government have notified the Court that they do not object to the unsealing of these items (ECF Nos. 256, 257). Therefore, it is hereby ordered that the request to unseal docket entries 16, 17 and 28 is **GRANTED** and the Clerk of Court is directed to unseal these entries.

       SO ORDERED.

Dated:       Brooklyn, New York
                March 27, 2019

                                        /s_____
                                        I. Leo Glasser                           U.S.D.J.