AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:98-cr-01101-ILG |
| Sater | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Felix Sater                                                                                                          .

Date:   04/11/2019                                                           /s/ Robert McFarlane
                                                                                              *Attorney's signature*

                                                                                    Robert McFarlane (5140603)
                                                                                     *Printed name and bar number*

                                                                                           MOSES & SINGER LLP
                                                                                            The Chrylser Building
                                                                                           405 Lexington Avenue
                                                                                            New York, NY 10174
                                                                                                   *Address*

                                                                                     rmcfarlane@Mosessinger.com
                                                                                               *E-mail address*

                                                                                              (212) 554-7800
                                                                                            *Telephone number*

                                                                                              (212) 554-7700
                                                                                               *FAX number*