**Recipient Information**
To: Judge I. Leo Glasser
Company: Eastern District of New York
Fax #: 17186132446



**Sender Information**
From: Brandon Skwira
Email address: skwira001@hotmail.com (from 174.20.80.75)
Phone #: 6512609689
Sent on: Saturday, April 13 2019 at 10:46 AM EDT

Please unseal US v. Felix Sater, 98 cr 1101 in its entirety. I am a citizen journalist and I am very concerned about the judicial coverup. We need to find out if Fred Oberlander and Richard Lerner are the ones being honest or the judge. I ask that you have this docketed as soon as possible.

RECEIVED

APR 15 2019

Chambers of
I. Leo Glasser
United States District Judge

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #24220243. We will add your fax number to the block list.

## Recipient Information

**To: Judge I. Leo Glasser**
**Company: Eastern District of New York**
**Fax #: 17186132446**



## Sender Information

**From: Brandon Skwira**
**Email address: skwira001@hotmail.com (from 174.20.80.75)**
**Phone #: 6512609689**
**Sent on: Saturday, April 13 2019 at 11:07 AM EDT**

I like to make a Freedom of Information Act Request. Please unseal court case US v. Felix Sater, 98 cr 1101. I am a citizen journalist. I am very concerned about a judicial coverup. I want to verify who is being honest between the judge in thise case and attornies Fred Oberlander and Richard Lerner. If you can docket this as soon as possible, it will be appreciated.

I also sent you one other fax, but I forgot to include my mailing address, so here that is:
Brandon Skwira
5877 Mallard Ponds Drive
Saint Paul, MN 55110-5792

RECEIVED

APR 15 2019

Chambers of
I. Leo Glasser
United States District Judge

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send