**Recipient Information**
**To: JUDGE I. LEO GLASSER**
Company: Eastern District of New York
Fax #: 17186132446



**Sender Information**
**From: Clifton Livingston**
Email address: deadbrick@outlook.com (from 98.240.168.197)
Phone #: 6517771608
Sent on: Saturday, April 13 2019 at 1:10 PM EDT

I request Governed by The First Amendment of the Constituion of the United States to unseal US v. Felix Sater, 98 cr 1101 to be unsealed in its entirety. I am concerned about a judicial coverup.

Address:
Clifton Livingston
9822 7th St N
Lake Elmo, MN 55042

RECEIVED

APR 15 2019

Chambers of
I. Leo Glasser
United States District Judge

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send