April 2, 2019

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED

APR 09 2019

Chambers of
I. Leo Glasser
United States District Judge

Re: Case No. 98-cr-1101, *US v. Felix Sater*

Dear Judge Glasser:

You may recall that several years ago I made a request that you unseal the docket of Felix Sater's co-conspirator Gennady Klotsman, and in response to that motion, you recused yourself, and Judge Gleeson very expeditiously resolved the motion and unsealed Klotsman's docket. The whole process was very quick.

I have been following this Sater case for many years. You may recall that an affidavit was submitted under my name, showing how I put the pieces together and figured out that "John Doe" was Felix Sater, and that I was the whistleblower who told the Miami Herald about Sater's secret docket. This occurred because Bayrock was intimately involved with FBI most wanted fugitives, Victor & Natalia Wolf in the same frauds using land in Austin, Texas, near a small town named Manor, Texas.

I am hereby joining in the currently pending motions to unseal Felix Sater's case, but ask that just as you recused yourself from deciding the Klotsman motion to unseal, you now do the same with respect to the motions to unseal the Sater case. Clearly, as has been widely reported, your actions in this case are subject to very serious public scrutiny and to secure the impartiality of the justice system in the United States, I urge you to take the same course of action you took regarding Klotsman. Another sad mark in the evolution of this case were the recently unsealed transcripts that show that there were illegal ex parte conferences where you discussed the issues raised by Oberlander, and the merits of the Kriss v. Bayrock lawsuit that Oberlander filed in behalf of his clients.

Perhaps you feel that it is time to come clean, and that you intend the broadest possible disclosure of the information from Sater's file, including his PSR, which, according to the November 17, 2010 affidavit of attorney Schwarz, many people have. (See pp. 8-9 of https://www.courtlistener.com/recap/gov.uscourts.nyed.166709.76.1.pdf

Additionally, I request the complete unsealing of the transcript of Sater's Sentencing, which occurred on October 23, 2009. It happened in open court, so there is no basis for you to keep from the public what was heard in open court. Members of the public were present during the sentencing, and I have as much a right to know what was said in open court as does any member of the public who was present during the Sentencing. It has been reported, and will not be denied by Sater of the government, that Sater's rabbi was present in the courtroom during his sentencing. There is a videotape available of the rabbi talking about being present during the sentencing. See https://www.youtube.com/watch?v=xSpFtCmoD5o As an attorney myself, it is my understanding

April 2, 2019

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED
APR 04 2019
Chambers of
I. Leo Glasser
United States District Judge

Re: Case No. 98-cr-1101, U.S. v. Felix Sater

Dear Judge Glasser:

You may recall that several years ago I made a request that you unseal the docket of Felix Sater's co-conspirator Gennady Klotsman, and in response to that motion, you recused yourself and Judge Gleeson was the judge who resolved the motion and unsealed Klotsman's docket. The whole process was very quick.

I have been following this Sater case for many years. You may recall that an affidavit was submitted under my name, showing how I put the pieces together and figured out that "John Doe" was Felix Sater, and that I was the whistleblower who told the Miami Herald about Sater's secret docket. This occurred because Raynock was intimately involved with FBI most wanted fugitives, Victor & Natalia Wolf in the same fraud using land in Austin, Texas, near a small town named Manor, Texas.

I am merely joining in the currently pending motions to unseal Felix Sater's case, but ask that just as you recused yourself from deciding the Klotsman motion to unseal, you now do the same with respect to the motions to unseal the Sater case. Clearly, as has been widely reported, your actions in this case are the subject to very serious public scrutiny, and to secure the impartiality of the justice system in the United States I urge you to take the same course of action you took regarding Klotsman. Another matter, in the evolution of this case were the recently unsealed transcripts that show that there were illegal ex-parte conferences where you discussed the issues raised by Oberlander, and the merits of the Krik v. Gaydock Land and Obolmgian filed in behalf of the client.

Perhaps you feel that it is time to come clean, and that you intend the broadest possible disclosure of the information from Sater's file, including his PSR, with it, according to the November 17, 2010 affidavit of Anthony Schwartz, many people have. (See pp. 5-7 of http://www.courtlistener.com/recap/gov.uscourts.nysd.66206.761.pdf).

Additionally, I request the complete unsealing of the transcript of Sater's sentencing, which occurred on October 23, 2009. It happened in open court, so there is no basis for you to keep from the public what was heard in open court. Members of the public were present during the sentencing, and I have as much a right to know what was said in open court as does any member of the public who was present during the Sentencing. It has been reported, and will not be denied by Sater, or the government that Sater's wife was present in the courtroom during his sentencing. There is a videotape available of the rabbi talking about being present during the sentencing. See https://www.chabad.org/video/SpHc0ap5 ). As an attorney myself, it is my understanding

that the priest(rabbi)-penitent privilege is broken if there is a third-person present during the conversation, just as the attorney-client privilege is broken if there is a third-party present. Mr. Sater's rabbi was just a member of the public when he sat in that courtroom, and has no superior rights to have heard what was said than I do. I demand that the full, unredacted transcript be made public, along with every other document on the docket.

Also, any idea that Sater's safety would be (or was ever) at risk is proved false by his own words. During a recent interview, he was asked and answered as follows:
(See https://www.investigativestudios.org/news/2019/3/25/felix-sater-in-berkeley )

**REPORTER:**
You wanted to be his [Trump's] partner, not a franchiser. And you were...Bayrock was...

**SATER:**
Yeah, we were partners with him on three or four deals.

**REPORTER:**
Trump SoHo.

**SATER:**
Trump SoHo, Trump Fort Lauderdale, two Trump Ft. Lauderdale's, Trump Phoenix. And then we looked at dozens of projects: Trump Paris, Trump London, Trump Moscow. Because that Trump Moscow situation was my third attempt, not my first attempt.
So Donald Trump didn't know about any of your convictions?

**BERGMAN:**

**SATER:**
He knew I had some problems in the past, yes. He didn't have detailed information, but he knew that I had issues in the past.

**REPORTER:**
How did he know that?

**SATER:**
I believe I told him.

that the priest/rabbi-penitent privilege is broken if there is a third-person present during the conversation, just as the attorney-client privilege is broken if there is a third-party present. Mr. Sater's rabbi was just a member of the public when he sat in that courtroom, and has no superior rights to have heard what was said than I do. I demand that the full unredacted transcript be made public, along with every other document on the docket.

Also, any idea that Sater's safety would be (or was ever) at risk is disproved false by his own words. During a recent interview, he was asked and answered as follows:

(See https://www.investigativestudies.org/news/2019/3/25/felix-sater-in-berkeley )

---

[illegible]

[illegible]

[illegible]

[illegible]

---

[illegible]

**REPORTER:**

Did your partners at Bayrock know anything about that?

**SATER:**

Yes. Anybody that worked with me, especially at Bayrock or anywhere else, that says they didn't know... lying.

Moreover, the idea that Sater would be placed at risk if information comes to light about his cooperation is ridiculous because Captain Joseph Giannini's affidavit shows that the members of organized crime who were prosecuted based on Sater's cooperation all knew that Sater was a cooperator.

Judge Glasser, it appears that the only reason you have slow-walked and stone-walled the unsealing of Sater's case in the past is that you are embarrassed that you let him keep the money he stole, and through the secrecy that you enabled, you allowed him to go on and on committing crimes. You violated the Mandatory Victims Restitution Act and the Crime Victims Rights Act when you illegally let Sater keep the $40 million that he pled guilty to having stolen. It is time for you to immediately unseal everything, so the public can see how crime pays in the United States of America.

I ask that you docket this request for a hearing to unseal everything involving Bayrock and Felix Sater.

Sincerely,

Brian Vodicka
2601 NW 3rd Ave
Wilton Manors Ave., FL 33311
954-716-9375

UPON 1488:

Cell Sam Friedman Bayrock error, anything about that?

NATHAN:

Yes, no both are reconciled together with Lavrock or me, Bev, that by saying that Fred Lasky.

Moreover, the idea that Sater would be placed at risk if information comes to light about his cooperation is ridiculous because 6 agents Joseph "Hamid" affidavit therein that the members of organized crime were prosecuted based on Sater's cooperation for they knew that Sater was a cooperator.

Judge Glasser, it appears that the only reason you have slow-walked and stone-walled the unsealing of Sater's case in the past is that you are embarrassed that you let him keep the money he stole and through the secrecy that you enabled, you allowed him to go on and on committing crimes. You violated the Mandatory Victims Restitution Act and the Crime Victims Rights Act when you illegally let Sater keep the $40 million that he pled guilty to having stolen. It is time for you to immediately unseal everything, so the public can see how crime pays in the United States of America.

I ask that you docket this request for a hearing to unseal everything involving Bayrock and Felix Sater.

Sincerely,

Brian Ketchick
2601 SW 3rd Ave
Wilton Manors, FL 33311
954-716-9375

Brian Vodicka
2601 NW 3rd Ave
Wilton Manors, FL 33311

MIAMI FL 331

05 APR 2019 PM 4 L



Hon. I. Loe Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

11201-183299