UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>FELIX SATER,<br><br>           Defendant | Case No.:  98-CR-1101 (ILG)<br><br>**NOTICE OF APPERANCE** |

PLEASE TAKE NOTICE that **DAVID BRALOW** of FIRST AMENDMENT COUNSEL AND SECRETARY hereby appears as counsel for Intervenor, FIRST LOOK MEDIA WORKS, INC., in the above entitled action and requests that all papers filed through the ECF system be served upon him by email at david.bralow@theintercept.com.

Dated:   April 16, 2019
         New York, New York

FIRST LOOK MEDIA WORKS, INC.

         /s/
David Bralow

First Amendment Counsel and Secretary
114 Fifth Avenue
New York, New York 10011
(646) 784-3287

*Attorneys for Intervenor, First Look Media Works, Inc.*