C. Collins
ccollins1600@gmail.com
Budapest, Hungary

April 17, 2019

Hon. I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 8B South, Chambers Room 921 South
Brooklyn, NY 11201

RECEIVED

APR 17 2019

Chambers of
I. Leo Glasser
United States District Judge

Re:   U.S. v. Sater, 98-cr-1101

Dear Honorable Leo Glasser:

I earlier moved to unseal this case in its entirety, and then to immediately unseal a certain few documents that were subsequently unsealed without objection. I very much appreciate the court's time and the granting of my request.

As you know, I and many persons of the wider public have an urgent and continuing interest in this case, especially with respect to the involvement of Mr. Sater in certain activities of questionable provenance. This unresolved matter was again underscored by the lawsuit very recently brought by the City Of Almaty, Kazakhstan.

Also recently, Mr. Sater gave an interview in which he said that he did not fail to disclose his past to Mr. Trump and for that matter to everyone at Bayrock.

Yet Mr. Sater has also filed documents in related cases in which he said that he had been ordered by this court not to disclose his conviction in this matter.

As Mr. Sater has also made clear that he considered Mr. Trump his partner, this unresolved question is a mystery of grave import, most especially as at his sentencing he stated that according to all concerned, he never could have borrowed money while at Bayrock to finance construction had lenders known the truth of his conviction.

Accordingly, I must request with all mutual respect that I be heard on this motion as co-movant intervenor.

I transmit this quickly as I only discovered at the very last moment now of this hearing, as it was not on docketed and I found out about it inadvertently. Thus, I do not have time to obtain counsel to speak today in my behalf, as I am currently in Europe.

Therefore I request that I have until May 2, 2019 to submit papers in support and three days' advance notice of any hearing placed on Mr. Sater's docket so that I can retain counsel to appear for me. If for any reason there is need to be heard in real time, I will appear through counsel thereafter via telephone.


Very truly yours,


C. Collins

# FAX COVER SHEET

| | |
|---|---|
| TO | United States District Court Eastern District of New York |
| COMPANY | Hon. I. LEO GLASSER |
| FAX NUMBER | 17186132446 |
| FROM | C. Collins |
| DATE | 2019-04-17 13:16:22 GMT |
| RE | UNKNOWN |

## COVER MESSAGE

Thank you.