**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, S.J.**           DATE:  **APRIL 17, 2019**           TIME:  **10:30 a.m.**

DOCKET #: **CR-98-01101**                    TITLE: *U.S.A. v. \**

CR:    **Victoria Torres Butler**            DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA:   **Tamidayo Aganga-Williams**

DEF'T #1 NAME: **Felix Sater**               ATT'Y: **Robert S. Wolf, Esq. - Ret.**
                                                    **Robert B. McFarlane, Esq.**
  Present  _ Not Present   On Bail           ✓ Present  _ Not Present

For First Look Media Works, Inc.: **Andrew G. Celli, Jr.; David S. Bralow, Esq.**

### CRIMINAL CAUSE FOR MOTION

✔ **Case called.**

✔ **Defendant not present.  AUSA Tamidayo Aganga-Williams present for the Government.**
   **Robert S. Wolf, Esq. and Robert B. McFarlane, Esq. present for the defendant.**
   **Andrew G. Gelli, Esq. and David S. Bralow, Esq. present for First Look**
   **Media Works, Inc.**

✔ **Oral argument of Johnny Dwyer's application dated 2/21/2019 for the unsealing of**
   **certain documents in this case is heard.**

**TIME: 0/30**