

U.S. Department of Justice

United States Attorney
Eastern District of New York

RECEIVED
5/7/03
CHAMBERS OF
I. LEO GLASSER
U.S.D.J.

EOC:ec
2000R0860

156 Pierrepont Street
Brooklyn, New York 11201

May 6, 2003

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Abraham Salaman,
    Criminal Docket No. 00 CR 196 (ILG)
    Criminal Docket No. 00 CR 930 (ILG)

Dear Judge Glasser:

    In light of issues raised on May 1, 2003 at the hearing on defendant's motion to vacate the restitution order against him, the government agrees that, "the need to provide restitution to any victim is outweighed by the burden on the sentencing process," 18 U.S.C. § 3663A. Therefore, because of the particular facts presented here, the government agrees with defendant that this Court's restitution order should be vacated and that a new restitution order should not be entered.

                               Respectfully submitted,

                               ROSLYNN R. MAUSKOPF
                               United States Attorney

               By: _____
                    Eric Corngold
                    Assistant U.S. Attorney

cc: Joel M. Cohen, Esq.

436