

**Letter dated 5/6/2003  1:98-cr-01101-ILG-1 *SEALED* Felix Sater**
August Marziliano   to: Leo Glasser                             03/16/2011 09:31 AM
Cc: todd.kaminsky

| August Marziliano | Letter dated 5/6/2003   1:98-cr-01101-ILG-1 *SEALED*  Felix Sater |
|---|---|

Judge   attached is a copy of the letter dated 5/6/2003 which we were looking for.
It wasn't given a document number in 98 CR 1101 since it applied to 00 CR 196 and 00 CR 930.

Should I attach it to the Sater case since there is an entry?  By attaching it to the entry, it will create a document number.

05/08/2003 LETTER dated 5/6/03 from Eric Corngold to Judge Glasser advising that the government agrees that the court's restitution order should be vacated and that a new order should not be entered. (Rodriguez,Angela) (Entered: 05/09/2003)


5-6.pdf



**August Marziliano, Administrative Specialist / Budget Analyst**
**United States District Court, Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, New York  11201**
**Voice: 718-613-2332;  Fax: 718-613-2333**
**E-mail: August_Marziliano@nyed.uscourts.gov**