C. Collins
ccollins1600@gmail.com
Budapest, Hungary

April 24, 2019

Hon. I. Leo Glasser
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 8B South, Chambers Room 921 South
Brooklyn, NY 11201

RECEIVED

APR 2 6 2019

Chambers of
I. Leo Glasser
United States District Judge

Re:   U.S. v. Sater, 98-cr-1101

Dear Honorable Leo Glasser:

It is my understanding via an article by Mr. Johnny Dwyer in *The Intercept* that his motion to unseal a short list of itemized documents on Mr. Felix Sater's docket is going to be the subject of an in camera review.

I request that you docket transcripts of all in camera arguments as to why those certain itemized documents should or should not be unsealed. I am deeply concerned that no one will be speaking for the public during the in camera review of documents. I believe that docketing these transcripts will help dispel any suspicion as to the motives of any person associated with this process as well as ensure that the best interests of the public are clearly protected.

It is important to assume the best of intentions and motives of actors in this complicated and fraught long-running case, as paths chosen and decisions made 20 years ago have now taken on wholly unexpected importance and created consequences no one could have foreseen.

Further, I ask again that you schedule an argument date for my motion to unseal everything on Mr. Sater's docket, which now is a matter of national importance at the highest level, as you know.

I truly believe that only through an open airing and discussion of the decisions and issues that led us to this odd and uncomfortable point that this matter might be resolved in the national interest.

It is imperative at this moment that the public have faith in the institutions that are meant to administer justice, and that the chips be allowed to fall where they may.

I repeat my request that my motion to unseal be scheduled for oral argument. I trust that on the oral argument date, I will have an attorney appear for me. At this time, however, I am pro se. I request three days' advance notice of any hearing placed on Mr. Sater's docket so that I can retain counsel to appear for me, if possible. If for any reason there is need to be heard in real time, I will appear through counsel thereafter via telephone.

Very truly yours,

C. Collins

# FAX COVER SHEET

| TO | Hon. I. Leo Glasser |
|---|---|
| COMPANY | United States District Court Eastern District of New York |
| FAX NUMBER | 17186132446 |
| FROM | C. Collins |
| DATE | 2019-04-25 16:54:06 GMT |
| RE | UNKNOWN |

### COVER MESSAGE

Please docket at your earliest convenience. Thank you.