**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, S.J.**          DATE: **MAY 15, 2019**          TIME: **2:15 p.m.**

DOCKET #: **CR-98-01101**                    TITLE: *U.S.A. v. ***

COURT REPORTER: **Charleane Heading**        DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA: **Tamidayo Aganga-Williams**

DEF'T #1 NAME: **Felix Sater**               ATT'Y: **Robert S. Wolf, Esq. - Ret.**
                                                    **Robert B. McFarlane, Esq.**
 Present _X_ Not Present   On Bail           ✓ Present _ Not Present

**CRIMINAL CAUSE FOR CONFERENCE**

✔ **Case called.**

✔ **Defendant not present.  AUSA Tamidayo Aganga-Williams present for the Government. Robert S. Wolf, Esq. and Robert B. McFarlane, Esq. present for the defendant.**

✔ **A conference was held, *in camera*, concerning Johnny Dwyer's application dated 2/21/2019 for the unsealing of certain documents in this case.**

**TIME: 1/45**