**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, S.J.**          DATE: **JULY 3, 2019**          TIME: **1:30 p.m.**

DOCKET #: **CR-98-01101**                    TITLE: *U.S.A. v. \**

COURT REPORTER: **David Roy**              DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA: **Tamidayo Aganga-Williams**

DEF'T #1 NAME: **Felix Sater**               ATT'Y: **Robert S. Wolf, Esq. - Ret.**
  Present _X_ Not Present   On Bail         ✓ Present _ Not Present

**CRIMINAL CAUSE FOR TELEPHONE CONFERENCE**

✔ **Defendant not present.  AUSA Tamidayo Aganga-Williams present for the Government. Robert S. Wolf, Esq. present for the defendant.**

✔ **A telephone conference was held, *in camera*, concerning the unsealing of certain documents in this case.**

✔ **Any further submissions are to be made not later than 10 days from today.**

**TIME: 1/00**