| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**FELIX H. SATER A/K/A SATTER** | 98-CR-1101 (Glasser, J.) |

### NOTICE OF APPEARANCE

The undersigned attorney, admitted to practice before this court, respectfully gives notice, duplicating that which he gave the day before, that he has appeared and is appearing for Ervin Tausky, a natural person residing in Israel; Ernest Gottdiener, a deceased person who appears through his post-mortem estate; and Judit Gottdiener, also a deceased person also appearing through her estate.

July 16, 2019
Montauk, New York

/s/ Frederick M. Oberlander