## APPENDIX

| Dkt No. | Order | Redaction Location |
|---|---|---|
| 36 | Redact | p. 4 |
| 57 | Redact | p. 4 |
| 63 | Unseal | n/a |
| 63-2 | Unseal | n/a |
| 63-3 | Unseal | n/a |
| 63-4 | Unseal | n/a |
| 63-5 | Unseal | n/a |
| 63-6 | Unseal | n/a |
| 63-7 | Redact | pp. 6, 8, 9, 17, 23, 24, 25, 26 |
| 63-8 | Unseal | n/a |
| 63-9 | Unseal | n/a |
| 63-10 | Unseal | n/a |
| 63-11 | Unseal | n/a |
| 63-12 | Unseal | n/a |
| 64 | Redact | p. 10 |
| 91 | Unseal | n/a |
| 109 | Unseal | n/a |
| 132 | Unseal | n/a |
| 132-1 | Unseal | n/a |
| 132-2 | Unseal | n/a |
| 132-3 | Unseal | n/a |
| 132-4 | Unseal | n/a |
| 158 | Seal | Entire Document |
| 194 | Redact | p. 2 |
| 197 | Unseal | n/a |
| 200 | Unseal | n/a |
| 202 | Redact | p. 7 |