UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        MEMORANDUM & ORDER
        98-CR-1101 (ILG)

v.

FELIX SATER,

        Defendant.
-------------------------------------------------------x
GLASSER, Senior United States District Judge:

Capitalized terms used herein have the meanings ascribed to them in the Court's Memorandum & Order of July 22, 2019 (ECF No. 289) (the "July Order").

In the July Order, the Court (1) ordered that the 5K Letter and ML Letter be docketed and unsealed with redactions indicated in the Sealed Statement of Reasons and (2) stayed the docketing and unsealing of the 5K Letter and ML Letter for 30 days so that the United States may file a notice of appeal. (*See* July Order at 10). No such appeal has been filed.

Accordingly, the 5K Letter and ML Letter shall be unsealed and docketed with the redactions set forth in the Sealed Statement of Reasons.

SO ORDERED.

Dated:      Brooklyn, New York
             August 22, 2019

                                /s_____
                                I. Leo Glasser             U.S.D.J.