C. Collins
c.collins1600@gmail.com

November 20, 2020

Honorable I. Leo Glasser, United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Felix Sater, Eastern District of New York Docket 98-cr-01101

Dear Judge Glasser,

I am a U.S. citizen and investigative journalist currently residing outside of the United States.

As mentioned in my letter in February 20 of this year, I very much appreciate that you considered my request to unseal certain documents from Mr. Sater's docket in 2019. I was very pleased that several items were additionally unsealed. Thank you.

However, as I noted in February, there apparently are items that belong on Mr. Sater's docket that are not only sealed but missing.

As I mentioned, items dated after September 2005 through July 2009 are apparently undocketed. These documents would include postponements of sentencing from 2005. For example, according to a letter from counsel kindly unsealed last year in response to a letter from me, Mr. Sater had been scheduled for sentencing in September 2005, but at the unopposed request of counsel his sentencing was continued until September 2006. However, there is no documentation thereafter, even sealed, that would memorialize that subsequent continuation or any other until Mr. Aster's eventual sentencing in 2009. Also missing is any item that requests the scheduling of Mr. Sater's sentencing in 2009.

As is known, Mr. Sater was working with Mr. Donald Trump through his sentencing in 2009 and after.

It is well within the public interest — in fact, perhaps critically important — to better understand the nature of that relationship.

As noted in my previous letter, Ms. Leslie Caldwell, formerly of the Department of Justice as well as Mr. Sater's attorney at sentencing, has stated that it "seems that the best way to protect the Presidency is to let the truth about this President come out."

I agree. The nature of the relationship between Mr. Sater and Mr. Trump should be made clear to the American public.

Revealing a small bit of the truth will perhaps create some clarity of the nature of that relationship.

That truth requires a fuller unsealing of Mr. Sater's docket, which includes .


Very respectfully,

C. Collins



With request this letter be immediately docketed.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| November 20, 2020 at 2:52:39 PM EST | 16672606282 | 86 | 3 | Received |

To: Page 1 of 3                    2020-11-20 19:51:11 (GMT)                    16672606282 From: C Collins

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 17186132446 |
| FROM | C Collins |
| DATE | 2020-11-20 19:49:41 GMT |
| RE | UNKNOWN |

## COVER MESSAGE

I am hoping the fax system is working now since the last time I tried.
Thank you very much.

WWW.MYFAX.COM