

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MM:TK
F.#1998R01996

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 16, 2009

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Felix Sater
            Criminal Docket No. 98 CR 1101 (ILG)

Dear Judge Glasser:

      The defendant in the above-captioned case is scheduled to be sentenced before the Court on September 18, 2009. The government respectfully requests that the Court unseal the documents referred to in docket entries 5-8, 11, 13 and 16-17 on file with the Court under the above caption, for the limited purpose of providing copies to the government and defense so that the parties may make appropriate arguments at sentencing based on the factual record. An order requesting the same is attached. I have spoken with defense counsel who join in this application.

      Respectfully submitted,

      BENTON J. CAMPBELL
      United States Attorney

By:   */s/ Todd Kaminsky*
      Todd Kaminsky
      Assistant U. S. Attorney
      (718)254-6367

cc:  U.S. Probation Officer Michelle Espinoza
     Leslie R. Caldwell, Esq.; Kelly A. Moore, Esq.