**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

CHAMBERS OF
I. LEO GLASSER
SENIOR JUDGE

December 1, 2020

Ms. Collins:

    I respond to your letter of November 20th, questioning the docket entry gap between September 2005–July 2009, a gap you called to my attention in your letter of February 20th, 2020. Since that time, I have caused an exhaustive search to be made to explain that gap. That search included every related file in my Chambers, the files in the Clerk's Office including of the vault in which sealed files are kept, a search on my request of the relevant files in the U.S. Attorney's Office and an attempt to obtain the assistance of the attorney who represented Sater during that period–who, unfortunately died in 2014. All were unproductive.

    I am completely confident that the only filings made during that interval were continued requests to adjourn Sater's sentencing because of his continued cooperation. I am also completely confident that there was no information of any moment, if there was any at all, in which the name of Trump appeared in this criminal case nor can I conceive of any reason why it would be.

Yours sincerely,
/s/
I. Leo Glasser
Senior United States District Judge