** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 9, 2021 at 7:17:51 AM EST | 13154105737 | 146 | 4 | Received |

Case 1:98-cr-01101-ILG   Document 304   Filed 03/10/21   Page 1 of 4 PageID #: 4969

| To: 17186132446 | Page: 1 of 4 | 2021-03-09 12:15:22 GMT | 13154105737 | From: C. Collins |

# FAX COVER SHEET

| TO | Hon. I. Leo Glasser |
|---|---|
| COMPANY | Eastern District of New York |
| FAX NUMBER | 17186132446 |
| FROM | C. Collins |
| DATE | 2021-03-09 12:15:08 GMT |
| RE | UNKNOWN |

## COVER MESSAGE

Thank you.

C. Collins
c.collins1600@gmail.com


March 9, 2021


Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Re: U.S. v. Sater, 98-cr-1101


Dear Judge Glasser:

I would like to thank you for making such extraordinary efforts in response to my letter dated February 26, 2020, as evidenced by your letter of December 1, 2020 (Doc. 303). I very much appreciate the lengths to which you extended the Court in an effort to resolve the issue of missing documents in 98-cr-1101, *U.S. v Felix Sater*.

As you may recall, I alerted the court to the missing documents made apparent by the lack of continuances for the years 2005 through 2009.

To gain clarity on this matter, I logged the continuances currently indicated in Mr. Sater's docket (as seen in the table on the last page).

In short, there are multiple missing documents from Mr. Sater's docket, and the missing continuance letters do not fall solely within the years 2005 to 2009.

We know of these missing documents because they refer to continuances. (A few are a result of my unsealing requests. Thank you.)

Presumably, documents that do not concern scheduling matters may be missing, as well.

Additionally, it might be worth noting that when the government, joined by defense counsel, requested unsealing of certain documents in preparation for Mr. Sater's sentencing in 2009, it did not note any discrepancy or request any of the missing documents (Doc. 302, dated July 16, 2009).

Lastly, I note that in an *ex parte* conference held on April 27, 2011, in which both Mr. Sater and his counsel Mr. Michael P. Beys requested the court to maintain the seal on Mr. Sater's court documents, both Mr. Sater and Mr. Beys indicated that Mr. Sater's case had had 20 adjournments (transcript pages 21 and 10, respectively). They seemed quite certain of the number and used it to support their argument on the importance of keeping the court documents closed off from public view.

If Mr. Sater and Mr. Beys are correct in that there were 20 adjournments, this would indicate that approximately eight documents concerning continuances are missing. (This does not include the letter placed in Mr. Lauria's docket dated April 29, 2002.)

Judge Glasser, you indicated the extraordinary efforts you made to hunt down the missing documents. You have already scoured Chambers, the vault, the Clerk's Office, and elsewhere. I hope there were ancillary benefits in doing so.

This letter mainly serves to include the above-mentioned information in the court record, and to thank you for your efforts.

Happy new year, and sincerely,

C. Collins

| Year/Doc Number | Sentencing Date | Postponed Until | Filed Date |
|---|---|---|---|
| **1999** | | | |
| Doc. 5 | March 10, 1999 | October 19, 1999 | March 11, 1999 |
| Doc. 6 | October 19, 1999 | January 25, 2000 | October 27, 1999 |
| **2000** | | | |
| Doc. 7 | January 25, 2000 | May 9, 2000 | January 26, 2000 |
| Doc 8. | May 9, 2000 | October 17, 2000 | May 18, 2000 |
| Missing | October 17, 2000 | — | — |
| **2001** | | | |
| — | — | — | — |
| **2002** | | | |
| Doc. 11 | — | March 13, 2002 | January 8, 2002 |
| Missing | March 13, 2002 | — | — |
| Missing* | May 1, 2002* | Sept. 17, 2002* | May 1, 2002* |
| Missing | Sept. 17, 2002 | — | — |
| **2003** | | | |
| — | — | — | — |
| **2004** | | | |
| Doc. 15 | — | Sept. 9, 2004 | July 22, 2004 |
| Doc. 16 | Sept. 9, 2004 | (February 9, 2005) | Sept. 10, 2004 |
| **2005** | | | |
| Doc. 28 | February 9, 2005 | Sept. 7, 2005 | February 3, 2005 |
| Doc. 17 | Sept. 7, 2005 | Sept. 14, 2006 | Sept. 23, 2005 |
| **2006** | | | |
| Missing | Sept. 14, 2006 | — | — |
| **2007** | | | |
| — | — | — | — |
| **2008** | | | |
| — | — | — | — |
| **2009** | | | |
| Missing** | — | (Sept. 18, 2009) | — |
| Doc. 32 | (Sept. 18, 2009) | October 2, 2009 | August 31, 2009 |
| Doc. 33 | October 2, 2009 | October 23, 2009 | October 9, 2009 |

* Please note this document is filed in the related case 98-cr-1102, *U.S. v Salvatore Lauria*, Doc. 12.
** Please note this sentencing date is mentioned in passing in Doc. 302.